FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON, | NO: 4:18-CV-5071-RMP |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| JAY INSLEE, Governor, State of Washington; STEPHEN SINCLAIR, Secretary, Washington State Department of Corrections; DONALD R. HOLBROOK, Superintendent, Washington State Penitentiary, | |
| Defendants. | |

BEFORE THE COURT is the Stipulated Motion to Dismiss Defendant Jay Inslee, ECF No. 23. Having reviewed the Stipulation and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Defendant Jay Inslee, **ECF No. 23**, is **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party as to Defendant Jay Inslee **only**.

3. All other claims against all other defendants remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, **terminate Defendant Jay Inslee as a defendant in this matter**, provide copies to counsel, and **close this case**.

**DATED** July 1, 2019.

                                   *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
                                   United States District Judge