# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

DISABILITY RIGHTS WASHINGTON,

*Plaintiff*

v.

JAY INSLEE, Governor, State of Washington; STEPHEN SINCLAIR, Secretary, Washington State Department of Corrections; DONALD R. HOLBROOK, Superintendent, Washington State Penitentiary,

*Defendant*

Civil Action No. 4:18-CV-5071-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Stipulated Motion to Dismiss Defendant Jay Inslee, ECF No. 23, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party as to Defendant Jay Inslee only. All other claims against all other defendants remain pending.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON.

Date: 07/01/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates