AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. MCAVOY, CLERK

DISABILITY RIGHTS WASHINGTON,

*Plaintiff*

v.

SECRETARY STEPHEN SINCLAIR,
Washington State Department of Corrections,
and SUPERINTENDENT DONALD R. HOLBROOK,
Washington State Penitentiary,

*Defendant*

Civil Action No. 4:18-CV-5071-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulation of Dismissal with Prejudice (ECF No. 31) is APPROVED.
Plaintiff's Complaint (ECF No. 1) is dismissed with prejudice and without fees or costs not otherwise provided for in the parties' settlement agreement.
Judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON.

Date: 01/07/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates